UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| YOON SOO MIN, JEONG SEON PARK, YONG NAN PARK, and JAE MOON CHUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>RODNEY WINTER, KIMBERLIE WINTER, GERALD WINTER, E. DARLENE WINTER, RKW DAIRY, L.L.C. a South Dakota limited liability company, and WINTER DAIRY LIMITED PARTNERSHIP, a South Dakota limited partnership.<br><br>Defendants. | Civ. 09-1015<br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, and the Defendants, by and through their respective counsel of record, that the Complaint of the Plaintiffs, Yoon Soo Min, Jeong Seon Park, Yong Nan Park, and Jae Moon Chung, against Defendants Rodney Winter, Kimberlie Winter, Gerald Winter, E. Darlene Winter, RKW Dairy, L.L.C. and Winter Diary Limited Partnership, and all causes of action there under which were asserted, may hereby be dismissed, without prejudice, and without costs or further notice to any of the parties.

Dated this 27th day of April, 2010.

1

JANKLOW LAW FIRM, PROF. L.L.C.

By /s/ Natalie Damgaard
William J. Janklow
Natalie D. Damgaard
1700 West Russell Street
Sioux Falls, SD 57104
Office: (605) 332-0101
Fax: (605) 332-2178
Email: bill@janklowlaw.com
Email: natalie@janklowlaw.com

*Attorneys for the Plaintiffs*

Dated this 27 day of April, 2010.

SCHAFFER LAW OFFICE, PROF. LLC

By /s/ Paul Linde
Michael J. Schaffer
Paul H. Linde
412 West 9th Street
Sioux Falls, SD 57104
Office: (605) 274-6760
Fax: (605) 274-6764
Email: mikes@schafferlawoffice.com

*Attorney for the Defendants Gerald Winter and
E. Darlene Winter*

Dated this 26th day of April, 2010.

          WILKINSON & WILKINSON

          By _____
          Todd D. Wilkinson
          Gary W. Schumacher
          103 Joliet Avenue SE
          P.O. Box 29
          De Smet, SD 57231
          Office: (605) 854-3378
          Fax: (605) 854-9006
          Email: todd@wslawfirm.net
          Email: gary@wslawfirm.net

          *Attorney for the Defendants Gerald Winter and E. Darlene Winter*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2010, I electronically filed the Proposed Judgment of Dismissal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Michael J. Schaffer, Esq.
SCHAFFER LAW OFFICE
412 West 9th Street
Sioux Falls, SD 57104
mikes@shafferlawoffice.com

Gary W. Schumacher
Wilkinson & Wilkinson
103 Joliet Avenue SE
P.O. Box 29
De Smet, SD 57231
Office: (605) 854-3378
Email: gary@wslawfirm.net

Dated this 27th day of April, 2010.

          JANKLOW LAW FIRM, PROF. LLC

          /s/ NATALIE D. DAMGAARD
          Natalie D. Damgaard