UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| YOON SOO MIN, JEONG SEON PARK, YONG NAN PARK,  and JAE MOON CHUNG,<br><br>                              Plaintiffs,<br><br>vs.<br><br>RODNEY WINTER, KIMBERLIE WINTER, GERALD WINTER, E. DARLENE WINTER, RKW DAIRY, L.L.C. a South Dakota limited liability company, and WINTER DAIRY LIMITED PARTNERSHIP, a South Dakota limited partnership.<br><br>                              Defendants. | Civ. 09-1015<br><br><br>**JUDGMENT OF DISMISSAL** |

Based upon the Stipulation of Counsel, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Complaint of Plaintiffs, Yoon Soo Min, Jeong Seon Park, Yong Nan Park, and Jae Moon Chung, against Defendants Rodney Winter, Kimberlie Winter, Gerald Winter, E. Darlene Winter, RKW Dairy, L.L.C. and Winter Dairy Limited Partnership and all causes of action there under which were asserted are hereby dismissed, without prejudice, without costs or further notice to any of the parties.

Dated this ___ day of _____, 2010.

BY THE COURT:

_____
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HASS, CLERK
BY:_____
        Deputy
(SEAL)

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2010, I electronically filed the **Proposed Judgment of Dismissal** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Michael J. Schaffer, Esq.
SCHAFFER LAW OFFICE
412 West 9th Street
Sioux Falls, SD  57104
mikes@shafferlawoffice.com

Gary W. Schumacher
Wilkinson & Wilkinson
103 Joliet Avenue SE
P.O. Box 29
DeSmet, SD  57231
Office:  (605) 854-3378
Fax:   (605) 854-9006
Email:  gary@wslawfirm.net

JANKLOW LAW FIRM, PROF. L.L.C.

BY   /S/ NATALIE D. DAMGAARD
      Natalie D. Damgaard

2