

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| YOON SOO MIN, JEONG SEON PARK, YONG NAN PARK, and JAE MOON CHUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>RODNEY WINTER, KIMBERLIE WINTER, GERALD WINTER, E. DARLENE WINTER, RKW DAIRY, L.L.C. a South Dakota limited liability company, and WINTER DAIRY LIMITED PARTNERSHIP, a South Dakota limited partnership.<br><br>Defendants. | Civ. 09-1015<br><br>**JUDGMENT OF DISMISSAL** |

Based upon the Stipulation of Counsel, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Complaint of Plaintiffs, Yoon Soo Min, Jeong Seon Park, Yong Nan Park, and Jae Moon Chung, against Defendants Rodney Winter, Kimberlie Winter, Gerald Winter, E. Darlene Winter, RKW Dairy, L.L.C. and Winter Dairy Limited Partnership and all causes of action there under which were asserted are hereby dismissed, without prejudice, without costs or further notice to any of the parties.

Dated this 28th day of May, 2010.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HASS, CLERK
BY: _____
Deputy
(SEAL)

1